# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES [X] MAGISTRATE [ ] DISTRICT [ ] APPEALS COURT or [ ] OTHER PANEL (Specify below)

IN THE CASE OF: US v.s. WARE
FOR: ND IL
AT: Chicago

FILED 2-13-08
MAGISTRATE JUDGE MARIA VALDEZ
UNITED STATES DISTRICT COURT

LOCATION NUMBER: ___

PERSON REPRESENTED (Show your full name): Kevin Waddell
[X] 1. Defendant—Adult
[ ] 2. Defendant - Juvenile
[ ] 3. Appellant
[ ] 4. Probation Violator
[ ] 5. Parole Violator
[ ] 6. Habeas Petitioner
[ ] 7. 2255 Petitioner
[ ] 8. Material Witness
[ ] 9. Other

DOCKET NUMBERS
Magistrate: 08 CR 0122-6
District Court: ND IL
Court of Appeals: 08CR122-6

CHARGE/OFFENSE (describe if applicable & check box →): 21 USC 846
[X] Felony
[ ] Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? [ ] Yes [X] No [ ] Am Self-Employed
Name and address of employer: ___
IF YES, how much do you earn per month? $ ___
IF NO, give month and year of last employment: ___
How much did you earn per month? $ ___

If married is your Spouse employed? [X] Yes [ ] No
IF YES, how much does your Spouse earn per month? $ APPROX 2500-2800
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? [ ] Yes [X] No
RECEIVED: $ ___     SOURCES: ___
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

**CASH**
Have you any cash on hand or money in savings or checking accounts? [ ] Yes [X] No  IF YES, state total amount $ ___

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? [ ] Yes [X] No
IF YES, GIVE THE VALUE AND $ DESCRIBE IT
VALUE: ___    DESCRIPTION: ___

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS:
[ ] SINGLE
[X] MARRIED
[ ] WIDOWED
[ ] SEPARATED OR DIVORCED
Total No. of Dependents: ___
List persons you actually support and your relationship to them: 5 children — pays occasional support as available

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME: DNA
Creditors: ___
Total Debt: $ ___
Monthly Paymt: $ ___

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): 2-13-08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ x Kevin Waddell