## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 122 - 6,7 | **DATE** | 2/15/2008 |
| **CASE TITLE** | USA vs. Kevin Waddell, et al | | |

**DOCKET ENTRY TEXT**

Detention hearing held on 2/15/08 as to Kevin Waddell (6) and Terry Peten (7). Defendants waive detention hearing without prejudice. Defendants to remain in custody.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | yp |
|---|---|---|