UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 0122 |
| v. | ) | Magistrate Judge Maria Valdez |
| | ) | |
| KEVIN WADDELL | ) | |

## NOTICE OF MOTION

TO:   AUSA Tinos Diamantatos          Pretrial Services Officer Albert Maldanado
      219 S. Dearborn, 5th Fl.
      Chicago, IL 60604

PLEASE TAKE NOTICE that on March 6, 2008, at 10 a.m. the undersigned shall appear before Magistrate Judge Valdez and there and then present the defendant's **MOTION FOR PRETRIAL RELEASE**, a copy of which is served upon you.

## CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on March 3, 2008, I caused the document listed herein to be served pursuant to ECF on the above-named individual, who is a Filing User.

Respectfully submitted,
/s  Gary Ravitz

_____

Gary Ravitz, attorney for
Kevin Waddell

Ravitz & Palles, P.C.
203 N. LaSalle, Suite 2100
Chicago, IL 60601
(312) 558-1689