## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 122 - 6 | **DATE** | 3/6/2008 |
| **CASE TITLE** | USA vs. Kevin Waddell | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 3/6/08 as to Kevin Waddell (6). Government's oral motion to detain defendant and Defendant's motion for release from custody [69] is entered and continued to 3/10/08 at 11:00 a.m.

Docketing to mail notices.

00:22

| | Courtroom Deputy Initials: | yp |
|---|---|---|