# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Maria Valdez | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 122 - 6 | **DATE** | 3/10/2008 |
| **CASE TITLE** | USA vs. Kevin Waddell | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 3/10/08 as to Kevin Waddell (6). Government's oral motion to detain defendant and Defendant's motion for release from custody [69] are entered and continued to 3/11/08 at 10:00 a.m.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | yp |
|---|---|---|