## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Maria Valdez | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 122 - 6 | **DATE** | 3/11/2008 |
| **CASE TITLE** | USA vs. Kevin Waddell | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 3/11/08 as to Kevin Waddell (6). Government's oral motion to detain defendant is denied. Defendant's motion for release from custody [69] is granted. Enter Order Setting Conditions of Release.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | yp |
|---|---|---|