

**FILED**

APR 0 8 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*Felony NF*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS**

**DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS**

**JUDGE LEINENWEBER**

**MAGISTRATE JUDGE VALDEZ**

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?   NO ☐   YES ☒   If the answer is "Yes", list the case number and title of the earliest filed complaint:
   08 CR 122, U.S. v. Ware et al.   *Valdez*

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO ☒   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?   NO ☒   YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO ☒   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO ☒   YES ☐

6) What level of offense is this indictment or information?   **FELONY ☒   MISDEMEANOR ☐**

7) Does this indictment or information involve eight or more defendants?   NO ☐   YES ☒

8) Does this indictment or information include a conspiracy count?   NO ☒   YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   | | | |
   |---|---|---|
   | ☐ Homicide .......... (II) | ☐ Income Tax Fraud .......... (II) | ☐ DAPCA Controlled Substances ... (III) |
   | ☐ Criminal Antitrust ...... (II) | ☐ Postal Fraud .......... (II) | ☐ Miscellaneous General Offenses ... (IV) |
   | ☐ Bank robbery .......... (II) | ☐ Other Fraud .......... (III) | ☐ Immigration Laws ........... (IV) |
   | ☐ Post Office Robbery .... (II) | ☐ Auto Theft .......... (IV) | ☐ Liquor, Internal Revenue Laws ... (IV) |
   | ☐ Other Robbery ........ (II) | ☐ Transporting Forged Securities . (III) | ☐ Food & Drug Laws .......... (IV) |
   | ☐ Assault ............. (III) | ☐ Forgery .......... (III) | ☐ Motor Carrier Act ........... (IV) |
   | ☐ Burglary ............ (IV) | ☐ Counterfeiting .......... (III) | ☐ Selective Service Act ......... (IV) |
   | ☐ Larceny and Theft ..... (IV) | ☐ Sex Offenses .......... (II) | ☐ Obscene Mail .......... (III) |
   | ☐ Postal Embezzlement .... (IV) | ☐ DAPCA Marijuana ........ (III) | ☐ Other Federal Statutes ........ (III) |
   | ☐ Other Embezzlement .... (III) | ☒ DAPCA Narcotics .......... (III) | ☐ Transfer of Probation Jurisdiction . (V) |

10) List the statute of each of the offenses charged in the indictment or information.
    Title 21, USC § 846; and Title 18, USC § 2

    TERRA L. BROWN
    TINOS DIAMANTATOS
    Assistant United States Attorney

(Revised 12/99)