**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

UNITED STATES OF AMERICA

-v-

(D-1) Barry Ware etc

FILED
APR 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CASE NO: 08 cr 122-1

JUDGE: Leinenweber

IS THE DEFENDANT IN CUSTODY?   YES [X]   NO [ ]

### NOTICE OF ARRAIGNMENT AND PLEA

The above-entitled cause has been scheduled for an arraignment and the entry of a plea on **Tuesday, April 15, 2008 at 9:45 a.m.** in Courtroom **1941** at the Everett McKinley Dirksen Courthouse, 219 South Dearborn, Chicago, Illinois before the Honorable Judge **Harry D. Leinenweber.**

You must call the United States Pretrial Services Office at (312) 435-5793 no later than 72 hours prior to your scheduled appearance in court. You will be asked to provide the Pretrial Services Office with background information that will be given to the court to assist in setting the conditions of your release. The Pretrial Services Office is located in Room 15100 of the Everett McKinley Dirksen Courthouse, 219 South Dearborn, Chicago, Illinois, 60604.

You are entitled to be represented by a lawyer at the interview with the Pretrial Services Office and at the arraignment and plea. If you cannot afford to hire a lawyer, you should contact the Federal Defender Program at (312) 621-8300 as soon as you receive this notice and an attorney will assist you. The Federal Defender Program is located at 55 East Monroe Street, Suite 2800, Chicago, Illinois, 60603.

### CERTIFICATE OF MAILING

I hereby certify that copies of this notice of arraignment and plea were mailed to:

| DEFENDANT # | 1 | DEFENDANT'S ATTORNEY | |
|---|---|---|---|
| Name: | Barry Ware | Name: | Stanley Louis Hill |
| Address: | DETAINED | Address: | 651 West Washington |
| City, State, ZIP: | | City, State, ZIP: | Chicago, IL |

AUSA: Terra L. Brown/Tinos Diamantatos

Copies of this notice were delivered to:

[X] Court Interpreter      [X] Pretrial Services Office

By  Yvette Pearson        Date: April 9, 2008

Additional instructions regarding notice:

[X] Docketing Department to Mail Notice      [ ] Telephoned Notice by Judges Staff

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**NOTICE OF ARRAIGNMENT AND PLEA**
**CERTIFICATE OF MAILING (continued)**

| DEFENDANT # | 2 | DEFENDANT'S ATTORNEY | |
|---|---|---|---|
| Name: | Greogorio Rodriguez | Name: | Robert Rasica |
| Address: | | Address: | 61 West Superior St |
| City, State, ZIP: | | City, State, ZIP: | Chgo, IL 60610 |

| DEFENDANT # | 3 | DEFENDANT'S ATTORNEY | |
|---|---|---|---|
| Name: | Gary McDonald | Name: | Patrick Deveraux |
| Address: | DETAINED | Address: | 53 West Jackson Blvd |
| City, State, ZIP: | | City, State, ZIP: | Chicago, IL |

| DEFENDANT # | 4 | DEFENDANT'S ATTORNEY | |
|---|---|---|---|
| Name: | Devon Tyler | Name: | Gregory T. Mitchell |
| Address: | DETAINED | Address: | 18141 Dixie Highway |
| City, State, ZIP: | | City, State, ZIP: | Homewood, IL |

| DEFENDANT # | 5 | DEFENDANT'S ATTORNEY | |
|---|---|---|---|
| Name: | Gerald Lindsay | Name: | Patrick Blegen |
| Address: | | Address: | 53 West Jackson Blvd |
| City, State, ZIP: | | City, State, ZIP: | |

| DEFENDANT # | 6 | DEFENDANT'S ATTORNEY | |
|---|---|---|---|
| Name: | Kevin Waddell | Name: | Gary Ravitz |
| Address: | | Address: | 203 North LaSalle |
| City, State, ZIP: | | City, State, ZIP: | Chicago, IL |

| DEFENDANT # | 7 | DEFENDANT'S ATTORNEY | |
|---|---|---|---|
| Name: | Terry Peten | Name: | Ross M. Eagle |
| Address: | DETAINED | Address: | 53 West Jackson Blvd |
| City, State, ZIP: | | City, State, ZIP: | Chicago, Illinois |

| DEFENDANT # | 8 | DEFENDANT'S ATTORNEY | |
|---|---|---|---|
| Name: | Melvin Holmes | Name: | Thomas Leinenweber |
| Address: | DETAINED | Address: | 321 South Plymouth Ct |
| City, State, ZIP: | | City, State, ZIP: | Chicago, IL |

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**NOTICE OF ARRAIGNMENT AND PLEA**
**CERTIFICATE OF MAILING (continued)**

| DEFENDANT # | 9 | | DEFENDANT'S ATTORNEY | |
|---|---|---|---|---|
| Name: | Jermaine McCann | | Name: | John A. Meyer |
| Address: | | | Address: | 20 South Clark St |
| City, State, ZIP: | | | City, State, ZIP: | Chgo, IL |

| DEFENDANT # | 10 | | DEFENDANT'S ATTORNEY | |
|---|---|---|---|---|
| Name: | Bobby Mitchell | | Name: | Eugene Steingold |
| Address: | DETAINED | | Address: | 111 West Washingon |
| City, State, ZIP: | | | City, State, ZIP: | Chicago, IL |

| DEFENDANT # | 11 | | DEFENDANT'S ATTORNEY | |
|---|---|---|---|---|
| Name: | LaQuinta Moffett | | Name: | Irwin Lee Frazin |
| Address: | | | Address: | 2536 South California Ave |
| City, State, ZIP: | | | City, State, ZIP: | Chicago, IL |

| DEFENDANT # | 12 | | DEFENDANT'S ATTORNEY | |
|---|---|---|---|---|
| Name: | Howard Blankenship | | Name: | Steven Richard Hunter |
| Address: | DETAINED | | Address: | 820 West Jackson Blvd |
| City, State, ZIP: | | | City, State, ZIP: | Joliet, IL |

| DEFENDANT # | | | DEFENDANT'S ATTORNEY | |
|---|---|---|---|---|
| Name: | | | Name: | |
| Address: | | | Address: | |
| City, State, ZIP: | | | City, State, ZIP: | |

| DEFENDANT # | | | DEFENDANT'S ATTORNEY | |
|---|---|---|---|---|
| Name: | | | Name: | |
| Address: | | | Address: | |
| City, State, ZIP: | | | City, State, ZIP: | |

| DEFENDANT # | | | DEFENDANT'S ATTORNEY | |
|---|---|---|---|---|
| Name: | | | Name: | |
| Address: | | | Address: | |
| City, State, ZIP: | | | City, State, ZIP: | |