UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 0122 |
| v. | ) | Hon. Harry D. Leinenweber |
| | ) | |
| KEVIN WADDELL | ) | |

**MOTION TO ADOPT**

Kevin Waddell, defendant herein, by and through his attorney, Gary Ravitz, moves to adopt any motion filed by a codefendant relating to the sufficiency of the indictment which is applicable to him, and seeks the relief which, if such motion were to be granted, inures to his benefit.

Respectfully submitted,

s/ Gary Ravitz

_____
Gary Ravitz, attorney for Kevin Waddell

Ravitz & Palles, P.C.
203 N. La Salle Street, Ste.2100
Chicago, Illinois 60601
(312) 558-1689