UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.  08 CR 0122 |
| v. | ) | Hon. Harry D. Leinenweber |
| | ) | |
| KEVIN WADDELL | ) | |

## NOTICE OF FILING

TO:    See attached Service List

PLEASE TAKE NOTICE that on May 6, 2008, the undersigned filed the following documents, copies of which are served upon you: MOTION FOR PRODUCTION OF FAVORABLE EVIDENCE PURSUANT TO *BRADY v. MARYLAND*;  MOTION FOR NOTICE OF THE GOVERNMENT'S INTENTION TO INTRODUCE EVIDENCE OF OTHER CRIMES, WRONGS OR ACTS; MOTION TO PRESERVE AGENT NOTES; MOTION AND MEMORANDUM FOR PRE-TRIAL PRODUCTION OF JENCKS MATERIALS; MOTION FOR LEAVE TO FILE ADDITIONAL PRETRIAL MOTIONS; MOTION FOR PRODUCTION OF STATEMENTS OF CO-CONSPIRATORS; MOTION TO ADOPT.

## CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on May 6, 2008, I caused the documents listed herein to be served pursuant to ECF on the above-named individuals, who are Filing Users.

                                              Respectfully submitted,
                                              /s  Gary Ravitz
                                              _____
                                              Gary Ravitz, attorney for
                                              Kevin Waddell

Ravitz & Palles, P.C.
203 N. LaSalle, Suite 2100
Chicago, IL 60601
(312) 558-1689