SERVICE LIST

| | | |
|---|---|---|
| Stanley L. Hill<br>Stanley L. Hill & Associates, P.C.<br>651 West Washington Blvd.<br>Suite 205<br>Chicago, IL 60661<br>(312) 917-8888<br>Email: stanhill@megsinet.net | Robert Louis Rascia<br>Rascia & DeCastro, Ltd.<br>61 West Superior Street<br>Chicago, IL 60610<br>312 994 9100<br>Email:<br>rrascia@rascia-decastro.com | Clarke Patrick Devereux<br>Law Office of Clarke Patrick Devereux<br>53 West Jackson Boulevard<br>Suite 615<br>Chicago, IL 60604<br>981-0133<br>Fax: 922-2055<br>Email:<br>cdevereuxlaw@sbcglobal.net |
| Gregory T. Mitchell<br>Law Office of Gregory T. Mitchell, P.C.<br>18141 Dixie Highway<br>Suite 111<br>Homewood, IL 60430<br>(708)799-9325<br>Email:<br>mitchlaw00@sbcglobal.net | Patrick W. Blegen<br>Blegen & Garvey<br>53 West Jackson Boulevard<br>Suite 1437<br>Chicago, IL 60604<br>(312)957-0100<br>Email:<br>pblegen@blegenlaw.com | Ross M. Eagle<br>Jester, Kenworthy & Eagle<br>53 West Jackson Blvd.<br>Suite 1324<br>Chicago, IL 60604<br>(312) 435-9901<br>Fax: 312-803-0921<br>Email:<br>ross.eagle@gmail.com |
| Thomas More Leinenweber<br>Leinenweber & Baroni, LLC<br>321 South Plymouth Court<br>11th Floor<br>Chicago, IL 60604<br>(312)663-3003<br>Email: thomas@landb.us | John A. Meyer<br>Law Offices of John A. Meyer<br>20 South Clark Street<br>Suite 2210<br>Chicago, IL 60603-1805<br>(312) 346-9000<br>Email:<br>chgolegal@sbcglobal.net | Eugene Steingold<br>Attorney at Law<br>111 West Washington<br>Suite 1051<br>Chicago, IL 60602<br>(312) 726-1060<br>Email:<br>steingoldlaw@mac.com |

SERVICE LIST

| Irwin Lee Frazin<br>Irwin L. Frazin & Associates<br>2536 South California Avenue<br>Chicago, IL 60608<br>(773) 523-4404<br>Email: ifrazin@aol.com | Keri A Ambrosio<br>Law Offices of Keri Ambrosio<br>53 West Jackson Boulevard<br>Suite 1220<br>Chicago, IL 60604<br>(312)788-1598<br>Fax: (312) 663 3707<br>Email: keri@ambrosiolegal.com | AUSA Tinos Diamantatos<br>219 S. Dearborn, 5th Fl.<br>Chicago, IL 60604 |
|---|---|---|