UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 0122 |
| v. | ) | Hon. Amy St. Eve |
| | ) | |
| KEVIN WADDELL | ) | |

### NOTICE OF FILING

TO:   See attached Service List

PLEASE TAKE NOTICE that on May 27, 2008, the undersigned filed the following document, a copy of which is served upon you: **MOTION TO MODIFY CONDITIONS OF RELEASE**.

### CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on May 27, 2008, I caused the documents listed herein to be served pursuant to ECF on the above-named individuals, who are Filing Users.

Respectfully submitted,

/s  Gary Ravitz

_____
Gary Ravitz, attorney for
Kevin Waddell

Ravitz & Palles, P.C.
203 N. LaSalle, Suite 2100
Chicago, IL 60601
(312) 558-1689